Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RESIDE WORLDWIDE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>KRAVLUXE LIMITED, a UK limited company,<br><br>            Defendant. | Civil Action No. 24-cv-1971JLR<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>May 19, 2025 |

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time for Defendant to respond to the complaint. Because good cause has been shown why an extension is warranted to answer the complaint, Plaintiff's motion is GRANTED. Defendant shall have until June 20, 2025 to answer or otherwise respond to the complaint.

DATED this 19th day of May, 2025.

                                                  JAMES L. ROBART
                                                  United States District Judge

[~~PROPOSED~~] ORDER GRANTING EXTENSION
TO ANSWER COMPLAINT - 1

Civil Action No. 24-cv-1971JLR

24-1971 Reside Worldwide v. Kravluxe Order on Mot for Extension

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1  Presented by:
2
3  s/ David A. Lowe, WSBA No. 24453
   Lowe@LoweGrahamJones.com
4  Mitchell West, WSBA No. 53103
   West@LoweGrahamJones.com
5  LOWE GRAHAM JONES<sup>PLLC</sup>
6  1325 Fourth Avenue, Suite 1130
   Seattle, WA 98101
7  T: 206.381.3300

8  Marcy Sperry (admitted *pro hac vice*)
   sarah@vividip.com
9  VIVID IP
10 3017 Bolling Way NE, No. 18
   Atlanta, GA 30305
11 T: 404.474.1600

12 Attorneys for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING EXTENSION
TO ANSWER COMPLAINT - 2

Civil Action No. 24-cv-1971JLR

24-1971 Reside Worldwide v. Kravluxe Order on Mot for Extension

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301